IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEAU DAVID PRICE | § | |
|     *Plaintiff* | § | |
| | § | |
| V. | § | |
| | § | CASE NO. 11-00644-SS |
| ALAN STEEN, JOEL MORENO, | § | |
| ROD VENNER, ANDY PENA, AND | § | |
| RICK CRUZ, | § | |
|     *Defendants* | § | |

## ORDER

Before the Court is the *Defendants' Motion to Dismiss*. After careful consideration of the written submissions, the Court is of the opinion that the motion should be and is hereby GRANTED in its entirety. Accordingly, Plaintiff's claims against all of the Defendants are hereby DISMISSED with prejudice. It is further ORDERED that the parties are to bear their own costs incurred in this matter. Furthermore, this Order disposes of all claims now pending in this matter and is a final and appealable Order.

IT IS SO ORDERED this _____ day of _____, 2011.


_____
HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE