

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

**TIMOTHY EARL BRAY**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Tim.Bray@oag.state.tx.us

February 22, 2012

William G. Putnicki
U.S. District Clerk
200 West 8th St., Room 130
Austin, Texas 78701

Re: **VACATION LETTER**
Case No. 11-644; *Beau David Price v. Alan Steen, et al.*
In the United States District Court Western District of Texas, Austin Division

Dear Clerk:

With regard to the matter referenced above, this letter serves as written notice that I will be on vacation during the weeks of **July 2, 2012** and **July 9, 2012**. During this time period I respectfully request that no hearings or trial be scheduled. By copy of this letter, I am notifying all counsel of record requesting that they not schedule depositions or hearings during this time as well.

Should you need to contact me during this time, please feel free to contact either Peggy Hernandez or Laura Redd at (512) 463-2120. Thank you for your attention and assistance.

Sincerely,

Timothy E. Bray

cc: Larry Watts
 Emily Helm