# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

RECEIVED  
OCT 1 6 2013  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____ DEPUTY CLERK

October 08, 2013

FILED  
OCT 1 6 2013  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____ DEPUTY

Mr. William Putnicki  
Western District of Texas, Austin  
United States District Court  
501 W. 5th Street  
Austin, TX 78701-0000

     No. 12-50386    Beau Price v. Alan Steen, et al
                     USDC No. 1:11-CV-644

Enclosed is a copy of the Supreme Court order denying certiorari.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              /s/ Lisa G. Landry

                              By:_____
                              Lisa G. Landry, Deputy Clerk
                              504-310-7649

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Beau David Price
          v. Alan Steen, Chief Administrator of the Texas Alcoholic
          Beverage Commission, et al.
          No. 13-31
          (Your No. 12-50386)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk